**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BENJAMIN ESPINOSA, | ) | 3:14-CV-0668-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 25, 2015 |
| | ) | |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:       LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is plaintiff's motion for an order compelling discovery (#39). Defendants opposed the motion (#40), and plaintiff replied (#45).

   The court is unclear what relief plaintiff is seeking by his motion. It appears that plaintiff either wants an entire copy of his medical records sent to the court, free of charge, or that he is seeking to keep an entire copy of his medical records in his cell. In an either event, the motion for order compelling discovery (#39) is **DENIED**.

   Plaintiff was granted a sixty-day extension of time to November 13, 2015 to complete discovery (#25). The present motion was filed on the deadline and only after a motion for judgment on the pleadings was fully briefed. The plaintiff may have access to his medical records in accordance with the standard policy and procedures set forth by Nevada Department of Corrections.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                By:           /s/
                                                                Deputy Clerk