**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BENJAMIN ESPINOSA, | ) | 3:14-CV-0668-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 6, 2016 |
| | ) | |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to extend prison copywork limit (#53) is **GRANTED in part**. In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to prosecute this case. The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00 in this case. The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available. The court cautions plaintiff that he should carefully consider the documents he intends to copy as the court will not allow plaintiff to exceed the copy limit by more than $10.00 under any circumstance. The Clerk shall mail a copy of this order to Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

Plaintiff's motion for an order to cease with the sending by e-filing (#57) is **DENIED**. E-filing is mandatory for civil rights cases filed in the U.S. District Court for the District of Nevada by inmates at Lovelock Correctional Center. Plaintiff has not shown good cause to deviate from the requirement of e-filing in this case.

Plaintiff's motion for enlargement of time (#58) to file an opposition to defendants' motion for summary judgment (#52) is **GRANTED.** Plaintiff shall have to and including **Thursday, February 4, 2016** to file an opposition. No further extensions of time shall be granted. If plaintiff fails to timely file an opposition for any reason, the court will submit the

motion for summary judgment as unopposed.  Plaintiff's failure to file points and authorities in opposition to any motion shall constitute a consent to granting of the motion.  Local Rule 7-2(b).

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

By:          /s/
                 Deputy Clerk