**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BENJAMIN ESPINOSA, | ) | 3:14-CV-0668-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 6, 2016 |
| | ) | |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for re-entering of discovery for 60 days (#51). Defendants opposed the motion (#55). No reply was filed.

A discovery extension was previously granted to November 13, 2015 (#25). In addition, plaintiff has been allowed to review his medical records in excess of that normally allowed by regulation (#55, p. 2, n. 2), and defense counsel arranged for plaintiff to conduct a further review of his medical records on December 23, 2015 (#55, p. 3, n. 3). Therefore, plaintiff's motion to extend discovery (#55) is **DENIED**.

   **IT IS SO ORDERED.**

                                                                                   LANCE S. WILSON, CLERK

                                                  By:              /s/                                         
                                                                    Deputy Clerk